ALEXANDER J. SCOTT, as Administrator of the Estate of JOSEPH J. SCOTT, Respondent, v. NINA SPENCER et al., Appellants, Impleaded with Others.

*Scott* v. *Spencer*, 106 App. Div. 614, appeal dismissed.]
(Argued October 1, 1906; decided October 9, 1906.)

MOTION to dismiss an appeal from a judgment, entered July 6, 1905, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which affirmed an interlocutory judgment of Special Term overruling demurrers to the complaint.

The motion was made upon the ground that the judgment appealed from was not a final judgment under section 190 of the Code of Civil Procedure, and the Court of Appeals had no jurisdiction to review the same.

*Ernest P. Seelman* for motion.

*Alvan R. Johnson* opposed.

Motion granted and appeal dismissed, without costs.

---

MORRIS FOGEL, an Infant, by SAMUEL FOGELNEST, His Guardian ad Litem, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.

(Argued October 1, 1906; decided October 9, 1906.)

Motion to amend remittitur so as to conform with memorandum of decision granted. (See 185 N. Y. 562.)